UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
---------------------------------------------------------X
IN RE:

| | |
|---|---|
| CHRISTOPHER D. AMICUCCI and<br>JENNIFER L. AMICUCCI, | **CHAPTER 13**<br>**CASE NO. 10-37216(CGM)** |

                      Debtors.
---------------------------------------------------------X

## ORDER EXPUNGING CLAIM PURSUANT
## 11 U.S.C. §502 AND F.R.B.P. 3007

      The attorneys for the debtors in the above-referenced case, GENOVA & MALIN, having moved this Court for an Order Expunging Claim, as set forth in the Notice of Motion an Motion, dated February 23, 2011, and upon reading and filing of the Notice of said Motion, dated February 23, 2011, and the debtors' affidavit sworn to on February 23 , 2011, and after hearing held on April 5, 2011, there having been no appearance in opposition thereto, and due deliberation having been had thereon,

      **NOW,** on motion of GENOVA & MALIN, attorneys for the debtor, pursuant to 11 U.S.C. §§502 and Federal Rule of Bankruptcy Procedure 3007, it is

      **ORDERED,** that Claim No. 13, filed by HSBC, on November 12, 2010, is hereby **expunged**.

Dated: Poughkeepsie, New York
      April 11 , 2011

                                                      /s/ Cecelia Morris
                                                      U.S. BANKRUPTCY JUDGE